

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00125-CV

———————————————

M.M. AND M.M, INDIVIDUALLY AND ON BEHALF OF L.M., A MINOR,
Appellants

V.

PROVIDENTIAL LAND DEVELOPMENT, LP D/B/A BREATHLESS HOMES,
Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-316537-20

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered Appellants' unopposed motion to dismiss their appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f). As agreed to by the parties, we tax costs against the party incurring same. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 3, 2020